AUSA: Jeanine Brunson Telephone: (313) 226-9100

AO 91 (Rev. 11/11) Criminal Complaint Inspector: Nicholas Olesen Telephone: (313) 226-8206

# UNITED STATES DISTRICT COURT

for the

Eastern District of Michigan

United States of America
v.

D-1 Michael Grayse,
D-2 Kyron Grayse,
D-3 Randy Parker-Smith, and
D-4 Daquan Hare

Case: 2:26−mj−30640
Assigned To : Unassigned
Assign. Date : 10/10/2026
Description: CMP USA v Grayse et al.,
(SH)

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of October 7, 2026 in the county of Wayne in the Eastern District of Michigan, the defendant(s) violated:

| *Code Section* | *Offense Description* |
|---|---|
| 18 U.S.C. § 111 | Assault on a federal employee |
| 18 U.S.C. § 924(c) | Discharge of a firearm during and in relation to a crime of violence |

This criminal complaint is based on these facts:
see attached affidavit.

☑ Continued on the attached sheet.

[signature]
*Complainant's signature*

Nicholas Olesen, U.S. Postal Inspector
*Printed name and title*

Sworn to before me and signed in my presence
and/or by reliable electronic means.

[signature]
*Judge's signature*

Date: October 9, 2026

City and state: Detroit, MI

Hon. Anthony P. Patti, U.S. Magistrate Judge
*Printed name and title*

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

**AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT**

I, Nicholas B. Olesen, being duly sworn, depose and state the following:

**INTRODUCTION**

1. I am a United States Postal Inspector and have been employed as such for approximately twenty-four years. As a United States Postal Inspector, I have received training concerning investigations involving violations of federal law, including cases related to mail fraud, mail theft, the mailing of illicit narcotics, as well as assaults and robberies of postal employees. The facts set forth below are based upon my own personal knowledge, as well as information obtained from witnesses, documents, photographs, other law enforcement personnel, and other evidence. Because this affidavit is being submitted for the limited purpose of securing an arrest warrant, I have not included each and every fact known to me concerning this investigation. I have set forth only the facts that I believe establish a violation of federal law.

**PROBABLE CAUSE**

2. On October 7, 2026, a United States Postal Service (USPS) letter carrier, Adult Victim One (AV-1), was in Detroit, Michigan, as part of his official duties

delivering mail. At approximately 5:00 p.m., a group of young men approached AV-1 and physically assaulted him. During the assault, one of the men fired a gun.

3. ShotSpotter generated a police run to the area. At the same time, an anonymous 911 caller reported that a USPS letter carrier had just been shot at the intersection of Joann Street and Collingham Drive.

4. Officers and detectives of the Detroit Police Department's Ninth Precinct responded to the scene. Detectives observed what appeared to be a gunshot wound to AV-1's head. Detroit Fire EMS rendered aid to AV-1.

5. When asked what happened, AV-1 stated that he was walking northbound on Joann Street, delivering mail, when a group of males approached him and attempted to rob him at gunpoint. AV-1 refused to give the men anything and they began punching and kicking him until he was lying on the ground. One of the males, described by AV-1 as wearing a red hoodie and gray sweatpants, was armed with a handgun. During the assault, the man fired a single shot. It appeared that the bullet grazed the top half of AV-1's head, leaving a large laceration and causing heavy bleeding. The attackers ran off after the shot was fired.

6. Officers also spoke with eyewitnesses at the scene. The witnesses reported seeing the group of young men attack AV-1, as described by the victim, and provided additional descriptions of two of the other suspects who participated in this incident. They described the first additional suspect as a black male, wearing a

gray hoodie and black sweatpants, and the second suspect as a black male, wearing no shirt and black pants. The witnesses saw the group split up as they fled, with some running south on Joann Street and others running east on Collingham Drive. They also stated that multiple individuals in this group had firearms, but only one fired.

7. Officers located a set of car keys on the ground next to where the victim was shot. The car keys did not belong to the victim.

8. A Michigan State Police K9 responded to the scene and was able to follow a track from the shooting scene, going east. A Smith and Wesson, .40 caliber pistol was located in the vegetation on Alcoy Street in Detroit, Michigan. The pistol was recovered approximately one block over from the scene of the alleged assault and shooting.

9. Officers relayed the suspects' descriptions over the radio. A sergeant from Special Operations canvassing the area saw a young girl playing in the street to the south of where the shooting took place. The sergeant asked the girl if she had seen anything. She told him that she just saw an individual known to her (later identified as Randy Parker-Smith) running down the street with his friends, and they all had guns. A second witness reported seeing some of the males get into a blue Chevy sedan with silver rims and a sunroof.

10. With the above information, officers canvassed further south looking for Parker-Smith. Two officers observed an individual, matching a description of one of the suspects, walk out of the residence located at 19xxx Joann Street. The officers approached this individual, who was later identified as Michael Grayse, and discovered that he was sweaty, covered in vegetation/burrs, and completely out of breath. Grayse was immediately detained.

11. A DPD Detective and Sergeant responded to the address of 19xxx Joann Street. They knocked on the front door of the residence, where they were met by multiple males, one of whom was Randy Parker-Smith, wearing a red shirt and gray pants. Officers saw another male inside of the residence, wearing no shirt, and black pants. Officers surrounded the residence and ordered the occupants out of the house. They complied and were detained.

12. A DPD Officer at the shooting scene located a set of car keys on the ground. The officer returned to the home at 19xxx Joann with the keys. He pressed the lock button on the key FOB and could see that it activated the locks on the blue Chevy Malibu parked in the driveway of the home. The Chevy Malibu is registered to Kyron Grayse.

13. A DPD Officer detained Daquan Hare, Randy Parker-Smith, Michael Grayse, and Kyron Grayse in front of 19xxx Joann Street. At the time of his arrest, Hare had noticeably bloody knuckles on his right hand.

14. On October 8, 2026, Inspector Bohanon and I interviewed Michael Grayse at the Detroit Detention Center in Detroit, MI. Michael was advised of his Constitutional rights, which he understood and waived. Michael stated that he and his younger brother, Kyron Grayse, were visiting Kyron's friends at 19xxx (He presumably meant 19xxx) Joann Street. Michael said Kyron's friends, Randy Smith and Quan, lived there. According to Michael, Kyron told him he was riding a minibike when he saw someone he did not like - the mailman. Michael stated that Kyron told him that he wanted to "go fight the nigga." According to Michael, Kyron, Randy, Quan, Leak, and one other guy (name unknown) "jumped" the mailman. When asked about his sweating and the burrs on him when he was arrested by DPD, Michael said he had been outside in the backyard "cleaning up." When asked how he was "cleaning up," Michael said he was picking up trash and raking leaves. When asked who, among Kyron, Randy, Quan, Leak, and the unknown male, carried guns, Michael replied, "All of 'em." Regarding Kyron, Randy, Quan, Leak, and the unknown male, Michael stated, "If they see someone they don't like, they'll confront him, and if it comes down to it, they'll shoot him."

15. On October 9, 2026, Inspector Olesen contacted the Warren Police Department regarding their outstanding arrest warrant for Michael Grayse for larceny of a firearm. According to their report, a Smith and Wesson M&P, .40 caliber, 14-shot handgun (Serial #NBX8287) was stolen from a vehicle in Warren

on or about July 5, 2026. This is the same firearm recovered by DPD on October 7, 2026, near the scene of the attack of AV-1. According to the Warren police report, Michael Grayse was connected to the theft of the firearm through his fingerprint.

16. Also, on October 9, 2026, DPD Detectives conducted a follow-up interview of Michael Grayse. After receiving and waiving his Miranda warnings, Michael provided additional information including that he gave the Smith and Wesson to Randy Parker-Smith on October 6, 2026, and Parker-Smith went to the scene of the incident with the gun tucked in his waistband.

17. On October 9, 2026, DPD Detectives conducted a follow-up interview of Daquan Hare. Hare received and waived his Miranda warnings, and then admitted to being at the scene of the incident and kicking the letter carrier multiple times. Hare also stated that Micheal Grayse was at the scene of the incident on the date in question and was "beating the (letter carrier's) ass."

18. Based upon the above facts, there is probable cause to believe that Michael Grayse, Kyron Grayse, Randy Parker-Smith, and Daquan Hare violated 18 U.S.C. § 111(a) by forcibly assaulting, opposing, intimidating, and interfering with a federal employee while engaged in or on account of the performance of official duties, and that he used a dangerous and deadly weapon to do so. Additionally, there is probable cause to believe that Michael Grayse, Randy Parker-Smith, and Daquan Hare violated 18 U.S.C. § 924(c) by aiding and abetting one another in the

use, carrying, and discharge of a firearm during and in relation to a crime of violence.

N. B. Olesen
U.S. Postal Inspector

Subscribed and sworn to before me or by
reliable electronic means this 9th
day of October 2026.

Honorable Anthony P. Patti
U.S. Magistrate Judge